IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TION ALONZO GRIMMETT HILL, SR.,**<br><br>Plaintiff,<br><br>v.<br><br>**A. YOUSSEF, et al.,**<br><br>Defendants. | Case No. 2:23-cv-00492-JDP (PC)<br><br>**[PROPOSED]** **ORDER GRANTING DEFENDANTS YOUSSEF'S, BRANCH'S, AND MIRANDA'S REQUEST TO OPT-OUT OF ALTERNATIVE DISPUTE RESOLUTION** |

Defendants Youssef, Branch, and Miranda have requested to opt out of the Court's post-screening Alternative Dispute Resolution (ADR) because, after reviewing the matter, conferring with a supervisor, and speaking with Plaintiff Tion Alonzo Grimmett Hill, Sr., defense counsel believes that a settlement conference would not be productive at this time.  Accordingly, the Court **GRANTS** Defendants' request, ECF No. 16, and lifts the stay put in place on July 5, 2023.

IT IS SO ORDERED.

Dated:    September 6, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE