1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   TION ALONZO GRIMMETT HILL, Sr.,          Case No.  2:23-cv-00492-JDP (PC)

12           Plaintiff,                       **ORDER**

13       v.                                   GRANTING PLAINTIFF'S MOTION TO
                                              MODIFY THE SCHEDULING ORDER AND
14   A. YOUSSEF, *et al.*,                     DENYING PLAINTIFF'S MOTION TO
                                              APPOINT COUNSEL
15           Defendants.
                                             ECF Nos. 22 & 23
16

17

18          Plaintiff has filed a motion to modify the September 7, 2023 scheduling order, ECF

19   No. 22, and a motion to appoint counsel, ECF No. 23.  Good cause appearing, plaintiff's motion

20   to modify the scheduling order is granted.

21          Plaintiff does not have a constitutional right to appointed counsel in this action, *see Rand*

22   *v. Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997), and the court lacks the authority to require an

23   attorney to represent plaintiff.  *See Mallard v. U.S. Dist. Ct. for the S. Dist. of Iowa*, 490 U.S. 296,

24   298 (1989).  The court can request the voluntary assistance of counsel.  *See* 28 U.S.C.

25   § 1915(e)(1) ("The court may request an attorney to represent any person unable to afford

26   counsel"); *Rand*, 113 F.3d at 1525.  But without a means to compensate counsel, the court will

27   seek volunteer counsel only in exceptional circumstances.  In determining whether such

28

circumstances exist, "the district court must evaluate both the likelihood of success on the merits [and] the ability of the [plaintiff] to articulate his claims pro se in light of the complexity of the legal issues involved." *Rand*, 113 F.3d at 1525 (internal quotation marks and citations omitted).

The appointment of counsel is not warranted. The allegations in the complaint are not exceptionally complicated, and plaintiff has not demonstrated that he is likely to succeed on the merits.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's motion to modify the scheduling order, ECF No. 22, is granted.

2. All requests for discovery shall be filed on or before February 6, 2024. All other deadlines remain unchanged.

3. Plaintiff's motion to appoint counsel, ECF No. 23, is denied.

IT IS SO ORDERED.

Dated:    January 9, 2024                          _____
                                                    JEREMY D. PETERSON
                                                    UNITED STATES MAGISTRATE JUDGE