1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TION ALONZO GRIMMETT HILL, SR., | Case No.:  2:23-cv-00492-DJC-JDP (PC) |
|     Plaintiff, | |
|       v. | **ORDER** |
| A. YOUSSEF, ET AL., | |
|     Defendants. | |

On March 20, 2025, Plaintiff Tion Alonzo Grimmett Hill, Sr. filed a Motion to Proceed In Forma Pauperis on appeal.  (ECF No. 66).  However, as Plaintiff was previously granted In Forma Pauperis status (ECF No. 5), he may proceed in forma pauperis on appeal without further authorization pursuant to Federal Rule of Appellate Procedure 24(a)(3).  Thus, Plaintiff's Motion (ECF No. 66) is unnecessary and is DENIED as such.

    IT IS SO ORDERED.

Dated:  March 31, 2025          /s/ Daniel J. Calabretta
                                THE HONORABLE DANIEL J. CALABRETTA
                                UNITED STATES DISTRICT JUDGE

1